UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CHRISTOPHER E. BROWN,        :
an individual,               :
                             :
         Plaintiff,          :
vs.                          :
                             :  Case No.: 1:22-cv-06706-PKC-SJB
BAJWA REALTY CORP.,          :
*a New York Corporation*,    :
                             :
         Defendant.          :
-------------------------------------------------------------x

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, hereby file this Notice of Settlement to advise the Court that they have reached an agreement regarding all material issues in this case. The parties anticipate filing a stipulation of dismissal within thirty (30) days and further request that all hearings and deadlines be adjourned in the interim.

Dated: January 31, 2023

Respectfully submitted,                         Respectfully submitted,

*/s/ Louis I. Mussman*       .                  */s/ George Ziegler*       .
Louis I. Mussman (5536685)                      George Ziegler, Esq.
Ku & Mussman, P.A.                              Ziegler & Robinson
18501 Pines Blvd, Suite 209-A                   25 W. 43rd St., Ste. 711
Pembroke Pines, FL 33029                        New York, NY 10036-7414
Tel: (305) 891-1322                             Tel: (917) 297-1691
louis@kumussman.com                             zieroblaw@yahoo.com

*Attorneys for Plaintiff*                       *Attorneys for Defendant*

1

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 31st day of January 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system with a copy delivered through electronically to the following attorneys of record:

George Ziegler, Esq.
Ziegler & Robinson
25 W. 43rd St., Ste. 711
New York, NY 10036-7414
zieroblaw@yahoo.com

             By: /s/ Louis Mussman
               Louis I. Mussman, Esq.