UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CHRISTOPHER E. BROWN,
an individual,

       Plaintiff,

vs.

       **Case No.: 1:22-cv-06706-PKC-SJB**

BAJWA REALTY CORP.,
*a New York Corporation*,

       Defendant.
-------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice as to all claims, with each party to bear its respective fees and costs.

Dated: February 15, 2023

Respectfully submitted,

*/s/ Louis I. Mussman*        .
Louis I. Mussman (5536685)
Ku & Mussman, P.A.
18501 Pines Blvd, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
louis@kumussman.com

*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ George Ziegler*        .
George Ziegler, Esq.
Ziegler & Robinson
25 W. 43rd St., Ste. 711
New York, NY 10036-7414
Tel: (917) 297-1691
zieroblaw@yahoo.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of February 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

George Ziegler, Esq.
Ziegler & Robinson
25 W. 43rd St., Ste. 711
New York, NY 10036-7414
zieroblaw@yahoo.com

            By: */s/Louis I. Mussman*      .
              Louis I. Mussman (5536685)